| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Kennelly, Matthew F | 2. Court or Organization Northern District of Illinois | 3. Date of Report 5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chamber or Office Address United States District Court 219 South Dearborn Street Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - ( o reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Lawyers Club of Chicago - bar organization |
| 2. Adjunct Professor (through May 2004) | Northwestern University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 17 P 12: 10 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. ( ep rting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Northwestern University School of Law (teaching) | 3000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | City of Evanston, Illinois |

## IV. REIMBURSEMENTS - transportation. lodging, food, entertainment.

(Includes these to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Practising Law Institute | faculty member at seminar on July 21 - San Francisco, CA (transportation, food, lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Union League Club of Chicago | Honorary membership (reduced dues) | $1,715 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 2

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AMCAP Fund mutual fund | A | Dividend | K | T | partial sale | 6/14 | L | C | |
| 2. Growth Fund of America mutual fund | A | Dividend | M | T | | | | | |
| 3. Fundamental Investors mutual fund | B | Dividend | L | T | | | | | |
| 4. Investment Co. of America mutual fund | B | Dividend | L | T | | | | | |
| 5. Washington Mutual Investors mutual fund | B | Dividend | L | T | | | | | |
| 6. Europacific Growth Fund mutual fund | B | Dividend | M | T | buy | 6/14 | K | | |
| 7. New Perspective Fund mutual fund | A | Dividend | L | T | | | | | |
| 8. Smallcap World Fund mutual fund | A | Dividend | L | T | buy | 6/14 | L | | |
| 9. MFS Municipal Bond Fund mutual fund | C | Dividend | L | T | | | | | |
| 10. Tax Exempt Bond Fund of America mutual fund | B | Dividend | K | T | | | | | |
| 11. Van Kampen Insured Tax Free Income Fund mutual fund | B | Dividend | K | U | | | | | |
| 12. Baird Insured Deposit - held at M&I Bank - money mkt fund | B | Dividend | L | T | | | | | |
| 13. BAC Florida Bank (CD) | A | Interest | J | T | redemption | 6/30 | L | | |
| 14. Fidelity Cash Reserves - money mkt fund | C | Dividend | N | T | | | | | |
| 15. Fidelity Growth & Income mutual fund | A | Dividend | K | T | | | | | |
| 16. Bank One bank accounts | A | Interest | J | T | | | | | |
| 17. Bank One checking account | | None | J | T | | | | | |
| 18. Intermountain Power Agency of Utah bonds | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. State of Illinois General Oblig. College Savings Bonds | | None | J | T | part rdmp. | 8/1 | J | | |
| 20. U.S. Savings Bonds | | None | J | T | | | | | |
| 21. AMCAP Fund mutual fund (rollover IRA) | A | Dividend | K | T | partial sale | 6/14 | L | | |
| 22. Growth Fund of America mutual fund (rollover IRA) | A | Dividend | K | T | partial sale | 6/14 | L | | |
| 23. Investment Co. of America mutual fund (rollover IRA) | C | Dividend | M | T | | | | | |
| 24. Washington Mutual Investors mut. Fund (rollover IRA) | A | Dividend | K | T | partial sale | 6/14 | L | | |
| 25. Europacific Growth Fund mutual fund (rollover IRA) | C | Dividend | M | T | | | | | |
| 26. Smallcap World Fund mutual fund (rollover IRA) | A | Dividend | K | T | | | | | |
| 27. Bond Fund of America mutual fund (rollover IRA) | D | Dividend | M | T | | | | | |
| 28. Mason Street Aggressive Growth mutual fund (rollover IRA) | | None | M | T | buy | 6/14 | M | | |
| 29. Russell Frank Real Estate Secs Fd mutual fund (rollover IRA) | D | Dividend | M | T | buy | 6/14 | L | | |
| 30. Baird Insured Deposit money mkt fund - held at M&I Bank | A | Dividend | J | T | | | | | |
| 31. Washington Mutual Investors Fund mutual fund (IRA) | A | Dividend | K | T | | | | | |
| 32. Northwestern Mutual Extra Ordinary Life policy | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Gifts: Following my appointment in 1999, I received an honorary "judicial privilege" membership at the Union League Club of Chicago. The reported value consists of the difference between my monthly membership dues and those charged to regular members.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5-12-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544